JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

EDUARDO GUTIERREZ-VASQUEZ,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

Case No. 5:26-cv-04025-KES

**JUDGMENT**

Pursuant to the Court's Order Partially Granting the Petition and Ordering Petitioner's Release from Custody, IT IS ADJUDGED that Ground 2 of the Petition is granted and the other grounds are dismissed.

DATED: August 6, 2026

Karen E. Scott
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE